# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140681

ANGEL WOLFGANG,
   Plaintiff-Appellant,

v

          SC: 140681
          COA: 285001
          Saginaw CC: 05-057060-CK

DIXIE CUT STONE AND MARBLE,
INC., DIXIE SERVICES, LLC, OLD
CASTLE, and RON LECRONIER,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

_____
Clerk

d0929